IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAD DONOVAN JAMES, | : | |
| Plaintiff, | : | 1:15-cv-0213 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| MICHAEL D. TAFELSKI, | : | |
| Defendant. | : | |

## ORDER

### August 19, 2015

**NOW, THEREFORE,** upon consideration of Defendant's motion (Doc. 13) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 13) to dismiss is **GRANTED**.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED** in it's entirety.

3. Plaintiff's motion (Doc. 19) to compel is **DENIED**.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal form this order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III
United States District Judge